UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY CHAFFINS,

    Petitioner,

  v.

TOMAS A. FERRARA,

    Respondent.

No. 2:14-cv-2924-EFB P

ORDER

Petitioner is a former county prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to petitioner's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

On March 12, 2015, the court found that petitioner had failed to file an in forma pauperis application or pay the filing fee ($5.00) required by 28 U.S.C. §§ 1914(a) & 1915(a). Accordingly, the court ordered petitioner to file a completed in forma pauperis application or pay the filing fee within 30 days. That order warned petitioner that failure to do so may result in this action being dismissed.

/////

/////

/////

1 | The 30-day period has expired and petitioner has not filed a completed in forma pauperis affidavit, paid the filing fee or otherwise responded to the court's order.[1]

Accordingly, this action is dismissed without prejudice.

Dated: April 15, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Although it appears from the file that petitioner's copy of the order was returned, petitioner was properly served. It is the petitioner's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

2